# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 **v.**             **Case No. 12-CR-233**

**LEVELL MORGAN**
   **Defendant.**

## ORDER

Pursuant to the administrative order appointing Federal Defender Services of Wisconsin to represent defendants serving sentences imposed in the Eastern District of Wisconsin who might be eligible for sentencing relief under Amendment 782 to the United States Sentencing Guidelines,

**IT IS ORDERED** that this matter is referred to Federal Defender Services for review of defendant's eligibility under Amendment 782. The Clerk will forward a copy of this order to Federal Defender Services and to Levell Morgan #11966-089, FCI Pekin, PO Box 5000, Pekin, IL 61555.

Dated at Milwaukee, Wisconsin, this 10th day of March, 2015.

            /s Lynn Adelman
            LYNN ADELMAN
            District Judge